FILED

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO MARTIN CASTILLO,<br><br>　　　　　Defendant. | Criminal Case No. 08CR937-BEN<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendant PEDRO MARTIN CASTILLO, did knowingly and intentionally import approximately 49.95 kilograms (109.89 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　JEFFREY D. MOORE
　　　　　　　　　　　　　Assistant U.S. Attorney

JDM:rp:San Diego
3/10/08