1  KAREN P. HEWITT
   United States Attorney
2  LARA A. STINGLEY
   Assistant United States Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-6244 (Telephone)/619 557-5551 (Fax)
   Email: lara.stingley@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,            )   Criminal Case No. 08CR0937-BEN
11                                      )
                   Plaintiff,           )
12                                      )   NOTICE OF APPEARANCE
           v.                           )
13                                      )
   PEDRO MARTIN CASTILLO,               )
14                                      )
                                        )
15                 Defendant.           )
                                        )
16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19 I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

20 There are no other government attorneys (who are admitted to practice in this court or authorized to

21 practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for

22 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

23        Effective this date, the following attorneys are no longer associated with this case and should

24 not receive any further Notices of Electronic Filings relating to activity in this case:

25        U.S. Attorney CR

26    Please feel free to call me if you have any questions about this notice.

27    DATED: April 23, 2008.

28                                           KAREN P. HEWITT
                                             United States Attorney

                                             /s/Lara A. Stingley
                                             LARA A. STINGLEY
                                             Assistant United States Attorney

|   |   |
|---|---|
| 1 |   |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR0937-BEN
                                    )
            Plaintiff,              )
                                    )   CERTIFICATE OF SERVICE
      v.                            )
                                    )
PEDRO MARTIN CASTILLO,              )
                                    )
                                    )
            Defendant.              )
_____)

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 23, 2008, and this Certificate of Service, dated April 23, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Jennifer Coon, Attorney for Defendant Pedro Martin Castillo.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 23, 2008.

/s/Lara A. Stingley
LARA A. STINGLEY
Assistant United States Attorney

Certificate of Service
United States v. Pedro Martin Castillo            08CR0937-BEN

2